No. 77–1202. MICHIGAN v. DORAN. Sup. Ct. Mich. [Certiorari granted, 435 U. S. 967.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 77–1378. JAPAN LINE, LTD., ET AL. v. COUNTY OF LOS ANGELES ET AL. Appeal from Sup. Ct. Cal. Motion of Sea Land Service, Inc., for leave to file a brief as *amicus curiae* granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–1410. BUTNER v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari granted.

No. 77–1489. NEW JERSEY v. PORTASH. Super. Ct. N. J. Certiorari granted.

No. 77–648. FEDERAL ENERGY REGULATORY COMMISSION v. PENNZOIL PRODUCING CO. ET AL. C. A. 5th Cir. Certiorari granted. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–1465. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR v. RASMUSSEN ET AL.; and
No. 77–1491. GEO CONTROL, INC., ET AL. v. RASMUSSEN ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.